UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SA CV 19-1846-DMG (DFMx) |
| Date | May 14, 2021 |

Title  *Yuriy Bouzelev v. THC Orange County, LLC, et al.*

Present: The Honorable   FERNANDO M. OLGUIN, UNITED STATES DISTRICT JUDGE

| Kane Tien | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Kelsey M. Szamet - VTC | Alison S. Hightower - VTC |

**Proceedings:** **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF ATTORNEYS' FEES AND COST [36]**

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT [38]**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court hears argument. The Court advises counsel that the motions shall be taken under submission and a written order and judgment will issue.

:09